
# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0212

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

JOSHUA GLEN REID,

    Defendant and Appellant.

FILED

DEC 20 2022

Bowen Greenwood
Clerk of the Supreme Court
State of Montana

**O R D E R**

Appellant Joshua Glen Reid has three pending appeals before this Court that were consolidated under this Court's Case No. DA 21-0212 upon unopposed motion of Reid's counsel. The parties, by and through their respective counsel, now stipulate and jointly move for an order dismissing these appeals and remanding two of these matters to the District Court with instructions for that court to amend its written judgment.

Reid appealed from three cases decided in the Twelfth Judicial District Court, Hill County: Cause Nos. DC-20-064, DC-20-71, and DC-20-104. The parties advise this Court that Reid was incarcerated for his offenses in DC-20-064 and DC-20-104, but in the written judgments for those cases, he was provided 270 days of credit when he is entitled to 272 days of credit. The parties therefore ask this Court to remand these two matters to the District Court with instructions for that court to amend its written judgments to provide Reid with the appropriate amount of credit, and to dismiss with prejudice the remainder of these consolidated appeals.

Based on the parties' stipulation, and good cause appearing,

IT IS HEREBY ORDERED that this case is REMANDED to the Twelfth Judicial District Court, Hill County, with instructions for the District Court to amend its March 12, 2021 Judgment in Cause No. DC-20-064 and its March 12, 2021 Judgment in Cause No. DC-20-104 to give Reid credit for 272 days previously served.

IT IS FURTHER ORDERED that these consolidated appeals are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that REMITTITUR shall issue IMMEDIATELY UPON REMAND.

The Clerk is directed to provide copies of this Order to all counsel of record and to presiding judge Honorable Kaydee Snipes Ruiz.

Dated this 20th day of December, 2022.

Justices

2